UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ARTURO JAIME GARCIA, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 7:12-CV-283 |
| U.S. BANK, N.A., | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this day came on to be considered Defendant U.S. Bank, N.A.'s ("U.S. Bank") Motion to Dismiss Plaintiffs' Lawsuit and Brief in Support ("Motion"). Plaintiffs have failed to file a response to Defendant's Motion. Therefore, pursuant to Local Rule 7.3 and 7.4, the Motion is considered unopposed.  Accordingly, the Motion is hereby **GRANTED** in all respects.  It is therefore **ORDERED** that Plaintiffs Arturo Jaime Garcia and Dora Elia De La Rosa Garcia's ("Plaintiffs") claims against U.S. Bank in this lawsuit are hereby **DISMISSED**.  The parties have fourteen days within which to request reconsideration of this order.

SO ORDERED this 18th day of December, 2012, at McAllen, Texas.

_____
Randy Crane
United States District Judge